**Order entered November 30, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00470-CV

## JEFFREY ALLEN KRAUSE AND AKIKO KRAUSE, Appellants

## V.

## JASON CHEN, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-01778-2021

### ORDER

We **REINSTATE** this appeal as the bankruptcy stay that led to the abatement has been modified. Before the Court is appellee's November 22, 2021 motion to dismiss the appeal for want of prosecution. We **DENY** the motion.

On the Court's own motion, we **ORDER** appellants to pay, **within ten days** of the date of this order, this Court's $205 filing fee and caution that failure to comply may result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c).

We **ORDER** Stacey Kemp, Collin County Clerk, and Jennifer Corley, Official Court Reporter for County Court at Law No. 6, to file their respective records **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp, Ms. Corley, and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE